```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ABRAHAM J. SPENSLEY, | : | CIVIL ACTION |
| | : | NO. 07-4912 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security | : | |
| Administration, | : | |
| | : | |
| Defendant. | : | |

ORDER

**AND NOW**, this **16th** day of **September 2008**, upon consideration of the Report and Recommendation filed by Magistrate Judge Thomas J. Rueter (doc. no. 14)[1] and the cross motions for summary judgment filed by the parties (doc. nos. 10, 11, and 12), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Plaintiff's motion for summary judgment(doc. no. 10) is **GRANTED**;

3. The Commissioner's motion for summary judgment (doc. no. 11) is **DENIED**;

4. The case is **REMANDED** to the Commissioner in accordance with the fourth sentence of 42 U.S.C. §405(g) for

---

[1] The Commissioner did not file Objections to the Report and Recommendation.

further proceedings consistent with this order; and

5. The Clerk is directed to enter **JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** and to make this case closed for statistical purposes.

**AND IT IS SO ORDERED.**

**S/Eduardo C. Robreno**
**EDUARDO C. ROBRENO, J.**
