IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABRAHAM J. SPENSLEY, | : | CIVIL ACTION |
| | : | NO. 07-4912 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security | : | |
| Administration, | : | |
| | : | |
| Defendant. | : | |

ORDER

**AND NOW**, this **16th** day of **March 2009**, upon consideration of the Report and Recommendation filed by Magistrate Judge Thomas J. Rueter (doc. no. 21)[1], it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion for Attorney Fees and Costs is **GRANTED**.  Attorney fees and costs are hereby awarded to Plaintiff, and against the Commissioner of the Social Security Administration, in the total amount of $6,309.75.

   **AND IT IS SO ORDERED.**

                              S/Eduardo C. Robreno
                              **EDUARDO C. ROBRENO, J.**

---

[1] The Commissioner did not file Objections to the Report and Recommendation.